# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:07CR62 |
| vs. | ) | ORDER |
| JEAN PAUL REAVILL, | ) | |
| Defendant. | ) | |

This matter is before the court on the Petition for Action on Conditions of Pretrial Release (Petition) regarding defendant Jean Paul Reavill (Reavill) (Filing No. 27). On February 28, 2007, Reavill was ordered released upon conditions pending further proceedings (Filing No. 9). Reavill was to reside in Omaha, Nebraska, and to comply with various other conditions of pretrial release. On June 5, 2007, Pretrial Services Officer Lisa L. Caviness submitted a Petition alleging Reavill had violated the conditions of his release by using controlled substances. A warrant for Reavill's arrest was issued.

Reavill appeared before the undersigned magistrate judge on June 5, 2007. He was represented by Kevin A. Ryan. The United States was represented by Assistant U.S. Attorney Robert C. Sigler. After being advised of the nature of the allegations, his rights, and the consequences if the allegations were found to be true, Reavill admitted the allegations of the Petition. The court finds the allegations of the petition are generally true and Reavill has violated the conditions of his release.

The court took judicial notice of the Pretrial Services Violation Report. After providing both parties an opportunity for allocution as to disposition and considering the report of Pretrial Services, I find the Order Setting Conditions of Release should be revoked. Reavill has demonstrated he is unable to comply with rules of her release.

**IT IS ORDERED:**

1. The Petition For Action on Conditions of Pretrial Release (Filing No. 27) is granted.

2. The February 28, 2007, Order Setting Conditions of Release of Jean Paul Reavill (Filing No. 9) is hereby revoked.

3. The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation

with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 5th day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge